*FLN (Rev. 4/2004) Deficiency Order*            *Page 1 of 1*
*5:92CR5006LAC - UNITED STATES OF AMERICA vs. G. E. LOVETT*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

      vs                        Case No.5:92CR5006LAC

G. E. LOVETT

_____

### ORDER

Your document, **MOTION TO REDUCE OR CORRECT SENTENCE PURSUANT TO RULE 35** (submitted on WD of OK form) was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document does not have an original signature

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 3rd day of February, 2006.

                                       *s/L.A. Collier*
                                       LACEY A. COLLIER
                                       SENIOR UNITED STATES DISTRICT JUDGE