**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS              CASE NO.  5:92cr5006LAC

G. E. LOVETT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  February 6, 2006
Motion/Pleadings: MOTION TO REDUCE OR SENTENCE PURSUANT TO RULE 35
Filed by DEFT PRO SE           on 2/3/06           Doc.# 176
RESPONSES:
           on           Doc.#
           on           Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of February, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b)* The decision to file or not file a Rule 35 motion is a matter of prosecutorial discretion.  The government has a power, not a duty, to file such a motion when a defendant has substantially assisted.  Only the government can make the decision, not the court.

                *s/L.A. Collier*
                ***LACEY A. COLLIER***
            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.