IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 5:92cr5006/LAC
 5:06cv63/LAC/MD

GLENN E. LOVETT
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 21, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 178) is summarily DISMISSED pursuant to 28 U.S.C. § 2244(b)(3).

DONE AND ORDERED this 4th day of April, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**